THOMAS P. RILEY, SBN 194706

**JS-6**

LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | CASE NO. 8:12-cv-01528-WDK-PLA |
| **Plaintiff,** | |
| **vs.** | **ORDER GRANTING STIPULATED JUDGMENT** |
| **MARIA E. RUIZ, ET AL.,** | |
| **Defendants.** | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR**

**ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Thirty Thousand Dollars ($30,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J SPORTS PRODUCTIONS, INC., and against MARIA E. RUIZ and HECTOR RUIZ, individually and d/b/a THE GCS CLOTHING STORE .

///

///

///

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____          Dated:  <u>August 27, 2014</u>
The Honorable William D. Keller
**United States District Court**
**Central District of California**

///

///